Rhett M. Miller, ISB No. 11163
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rhett@pmt.org
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146

*Attorney for Gary L. Rainsdon, Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | Case No. 19-40753-JMM |
|---|---|
| MATTHEW STEVEN DUGAN and DEMI CAMILLE DUGAN, | Chapter 7 |
| Debtors. | |

**OBJECTION TO DEBTOR'S MOTION FOR ABANDONMENT**

COMES NOW Gary L. Rainsdon, the Chapter 7 Trustee ("Trustee") in the above captioned bankruptcy case, by and through counsel, Rhett M. Miller of Parsons, Smith, Stone, Loveland and Shirley, LLP, and hereby objects to the Debtor's Motion for Abandonment of Matt-A-Moo Dairy, LLC (Dkt. No. 120) ("Motion") as follows:

**LAW**

Section 554(b) provides that "on request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." **The moving party has the burden of establishing that the property at issue is burdensome or of inconsequential value and benefit to the estate**. An order to compel abandonment is the exception, not the rule. Compelled abandonment under § 554(b) is generally reserved for instances where a trustee is merely churning property worthless to the estate just to increase fees.

In re Gill, 574 B.R. 709, 714 (B.A.P. 9th Cir. 2017) (internal citations omitted) (emphasis added).

**OBJECTION TO DEBTOR'S MOTION FOR ABANDONMENT**                                                                 1

# OBJECTION

1. Certain checks relating to the sale of livestock have been issued to Matt-A Moo Dairy, LLC, Matt-A Moos Calves, LLC and Sunshine Heifers, LLC. Such checks relate to the sale of cattle which appear to have been owned by the Debtors herein. Such checks have a face value of $107,714.93.

2. The Trustee asserts that the livestock at issue were owned by the Debtors and not Matt-A-Moo Dairy, LLC, Matt-A-Moo Calves, LLC, or Sunshine Heifers.

3. On June 6, 2020 the Trustee filed a Motion to Approve Compromise with Sunshine Heifers relating to the disposition of the livestock checks (Dkt. No. 110). Such motion was objected to by Debtors (Dkt. No. 113) and Angstman Johnson (Dkt. No. 114) and ultimately denied by this Court's Order Re: Motion to Approve Rule 9019 Compromise with Sunshine Heifers, LLC on February 17, 2021 (Dkt. No. 118).

4. Debtor's have made no showing that Matt-A-Moos Dairy, LLC is "burdensome or of inconsequential value and benefit to the estate."

5. Trustee continues to actively work towards final disposition of the livestock checks, and is prepared to place Matt-A-Moos Dairy, LLC into bankruptcy if a suitable resolution is not forthcoming.

6. At this time, the Trustee believes that a liquidation of Matt-A-Moos, Dairy, LLC may yield a surplus for the Dugan estate.

WHEREFORE, the Trustee respectfully requests that this Court deny Debtor's Motion for Abandonment.

DATED August 12, 2021.

Parsons, Smith, Stone, Loveland & Shirley, LLP

*/s/ Rhett M. Miller*

Rhett M. Miller
Counsel for Chapter 7 Trustee, Gary L. Rainsdon

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2021 a copy of the foregoing document was filed with the Court via CM/ECF, and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Romeo Kade Beorchia on behalf of Creditor Sunshine Heifers, LLC
kade@worstandassociates.com

David W. Gadd on behalf of Creditor Sunshine Heifers, LLC
dwg@magicvalleylaw.com, jfb@magicvalleylaw.com

David W. Gadd on behalf of Plaintiff Sunshine Heifers, LLC
dwg@magicvalleylaw.com, jfb@magicvalleylaw.com

Matthew W Grimshaw on behalf of Defendant Demi Camille Dugan
matt@grimshawlawgroup.com

Matthew W Grimshaw on behalf of Defendant Matthew Steven Dugan
matt@grimshawlawgroup.com

Rhett Michael Miller on behalf of Trustee Gary L Rainsdon
rhett@pmt.org

Chad Moody on behalf of Interested Party Angstman Johnson
chad@angstman.com,
megan@angstman.com;caroline@angstman.com;abbie@angstman.com;ecf@angstman.com

Jason Ronald Naess on behalf of Trustee Gary L Rainsdon
jason@pmt.org

Gary L Rainsdon
trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com

Gary L Rainsdon on behalf of Auctioneer U.S. Auctions LLC
trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com

Gary L Rainsdon on behalf of Trustee Gary L Rainsdon

**OBJECTION TO DEBTOR'S MOTION FOR ABANDONMENT**                                                              3

trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com

Brent T Robinson on behalf of Debtor Matthew Steven Dugan
btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com

Brent T Robinson on behalf of Joint Debtor Demi Camille Dugan
btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Any other CM/ECF registered recipients not reflected herein.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP

*/s/ Rhett M. Miller*

Rhett M. Miller
Counsel for Chapter 7 Trustee, Gary L. Rainsdon